1   SQUIRE, SANDERS & DEMPSEY L.L.P.
    Ethan A. Miller (State Bar # 155965)
2   Robert J. Guite (State Bar # 244590)
    Erinn M. Contreras (State Bar # 244563)
3   275 Battery Street, Suite 2600
    San Francisco, CA  94111
4   Telephone:   (415) 954-0200
    Facsimile:   (415) 393-9887
5   Email:        eamiller@ssd.com
                  rguite@ssd.com
6                 econtreras@ssd.com

7   Attorneys for Defendant
    OWENS CORNING CORPORATION
8

9   Joseph A. Motta, Esq. (State Bar # 133531)
    RUEB, MOTTA & MANOUKIAN
10  A Professional Law Corporation
    1401 Willow Pass Road, Suite 880
11  Concord, CA  94520
    Telephone:  (925) 602-3400
12  Facsimile:   (925) 602-0622

13  Matthew P. Guichard (State Bar # 107450)
14  GUICHARD, TENG & PORTELLO, APC
    1800 Sutter Street, Suite 730
15  Concord, CA 9420
    Telephone:  (925) 459-8440
16  Facsimile:   (925) 459-8445

17  Attorneys for Plaintiff
    MICHAEL GIOSSO
18

19              UNITED STATES DISTRICT COURT

20            NORTHERN DISTRICT OF CALIFORNIA

21

22  MICHAEL GIOSSO,                    CASE NO. 3:09-CV-05834-CRB

23             Plaintiff,              **E-FILING**

24      vs.                           **STIPULATION AND [PROPOSED] ORDER
25  OWENS CORNING, and DOES 1 through  EXTENDING THE DEADLINE TO
    50, Inclusive,                     COMPLETE MEDIATION, AND
26                                     CONTINUING THE CASE MANAGEMENT
             Defendants.               CONFERENCE
27                                     [Civil L.R. 6-2]**

28

SQUIRE, SANDERS &
DEMPSEY L.L.P.
275 Battery Street, Suite 2600
San Francisco, California  94111

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:09-C-05834-CRB

1    Plaintiff Michael Giosso ("Plaintiff") and Defendant Owens Corning Corporation

2  ("Owens Corning"), by and through their respective counsel, enter into the following Stipulation:

3    WHEREAS, at the Initial Case Management Conference held on March 26, 2010, the

4  Court ordered that a Further Case Management Conference be held on September 24, 2010 at

5  8:30 a.m.;

6    WHEREAS, the Court also ordered that mediation be completed before the September 24,

7  2010 Further Case Management Conference;

8    WHEREAS, on August 17, 2010, Owens Corning submitted a request to Magistrate Judge

9  Elizabeth D. Laporte, pursuant to ADR Local Rule 6-10, that its representative, James Gibb, be

10  allowed to participate by telephone in the mediation tentatively set for September 17, 2010;

11    WHEREAS, Plaintiff did not oppose Owens Corning's request within the time period

12  specified in ADR Local Rule 6-10(e), or at any time;

13    WHEREAS, on September 7, 2010, Magistrate Judge Laporte issued an order denying

14  Owens Corning's request that Mr. Gibb be allowed to participate telephonically in the mediation;

15    WHEREAS, Magistrate Judge Laporte's September 7 order "strongly encourage[d] the

16  parties to seek a date on which the key decision makers are available, even if it means seeking an

17  extension of the deadline to complete the mediation;"

18    WHEREAS, by the time Magistrate Judge Laporte issued the order on September 7, there

19  were no dates before September 24, 2010 that all parties and the mediator were available to

20  mediate this case; and

21    WHEREAS, the parties have cooperated in rescheduling the mediation as suggested by

22  Judge Laporte and have scheduled the mediation on October 13, 2010 at 10:00 a.m. before

23  Michael Timpane of JAMS.

24    NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE that the

25  deadline to complete mediation is extended to and including October 13, 2010, and that the

26  Further Case Management Conference is continued to a date after October 13, 2010 that is

27  convenient to the Court, other than a date during the week of October 18.

28

SQUIRE, SANDERS &
DEMPSEY L.L.P.
275 Battery Street, Suite 2600
San Francisco, California  94111

-2-

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:09-C-05834-CRB

1    IT IS SO STIPULATED.

2
                                            Respectfully submitted,
3
     Dated:      September 10, 2010          SQUIRE, SANDERS & DEMPSEY, L.L.P.
4

5                                           By:___/ s / Robert J. Guite_____
                                                   Robert J. Guite
6
                                            Attorneys for Defendant
7                                           OWENS CORNING CORPORATION

8    Dated:      September 10, 2010          RUEB, MOTTA & MANUOKIAN

9
                                            By:___/ s / Joseph A. Motta_____
10                                                 Joseph A. Motta

11                                          Attorneys for Plaintiff
                                            MICHAEL GIOSSO
12

13
            PURSUANT TO THE PARTIES' STIPULATION AND GOOD CAUSE SHOWN, IT IS
14
     HEREBY ORDERED that the deadline to complete mediation is extended to and including
15
     October 15, 2010, and that the Further Case Management Conference is continued to
16
     _____ October 22 _, 2010 at 8:30 a.m.
17

18

19   Dated:_ Sept. 10, 2010 _____

20                                          HONORABLE CHARLES R. BREYER
                                            UNITED STATES DISTRICT
21
22
23
24
25
26
27
28

SQUIRE, SANDERS &
DEMPSEY L.L.P.
275 Battery Street, Suite 2600
San Francisco, California  94111

                                    -3-

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:09-C-05834-CRB