SQUIRE, SANDERS & DEMPSEY L.L.P.
Ethan A. Miller (State Bar # 155965)
Robert J. Guite (State Bar # 244590)
Erinn M. Contreras (State Bar # 244563)
275 Battery Street, Suite 2600
San Francisco, CA  94111
Telephone:   (415) 954-0200
Facsimile:    (415) 393-9887
Email:          eamiller@ssd.com
                     rguite@ssd.com
                     econtreras@ssd.com

Attorneys for Defendant
OWENS CORNING CORPORATION

Joseph A. Motta, Esq. (State Bar # 133531)
RUEB, MOTTA & MANOUKIAN
A Professional Law Corporation
1401 Willow Pass Road, Suite 880
Concord, CA  94520
Telephone:  (925) 602-3400
Facsimile:  (925) 602-0622

Matthew P. Guichard (State Bar # 107450)
GUICHARD, TENG & PORTELLO, APC
1800 Sutter Street, Suite 730
Concord, CA 9420
Telephone:  (925) 459-8440
Facsimile:  (925) 459-8445

Attorneys for Plaintiff
MICHAEL GIOSSO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GIOSSO,<br><br>           Plaintiff,<br><br>      vs.<br><br>OWENS CORNING, and DOES 1 through 50, Inclusive,<br><br>           Defendants. | CASE NO. 3:09-CV-05834-CRB<br><br>**E-FILING**<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO COMPLETE MEDIATION, AND CONTINUING THE CASE MANAGEMENT CONFERENCE**<br>**[Civil L.R. 6-2]** |

Plaintiff Michael Giosso ("Plaintiff") and Defendant Owens Corning Corporation ("Owens Corning"), by and through their respective counsel, enter into the following Stipulation:

WHEREAS, at the Initial Case Management Conference held on March 26, 2010, the Court ordered that a Further Case Management Conference be held on September 24, 2010 at 8:30 a.m.;

WHEREAS, the Court also ordered that mediation be completed before the September 24, 2010 Further Case Management Conference;

WHEREAS, on August 17, 2010, Owens Corning submitted a request to Magistrate Judge Elizabeth D. Laporte, pursuant to ADR Local Rule 6-10, that its representative, James Gibb, be allowed to participate by telephone in the mediation tentatively set for September 17, 2010;

WHEREAS, Plaintiff did not oppose Owens Corning's request within the time period specified in ADR Local Rule 6-10(e), or at any time;

WHEREAS, on September 7, 2010, Magistrate Judge Laporte issued an order denying Owens Corning's request that Mr. Gibb be allowed to participate telephonically in the mediation;

WHEREAS, Magistrate Judge Laporte's September 7 order "strongly encourage[d] the parties to seek a date on which the key decision makers are available, even if it means seeking an extension of the deadline to complete the mediation;"

WHEREAS, by the time Magistrate Judge Laporte issued the order on September 7, there were no dates before September 24, 2010 that all parties and the mediator were available to mediate this case; and

WHEREAS, the parties have cooperated in rescheduling the mediation as suggested by Judge Laporte and have scheduled the mediation on October 13, 2010 at 10:00 a.m. before Michael Timpane of JAMS.

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE that the deadline to complete mediation is extended to and including October 13, 2010, and that the Further Case Management Conference is continued to a date after October 13, 2010 that is convenient to the Court, other than a date during the week of October 18.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: September 10, 2010        SQUIRE, SANDERS & DEMPSEY, L.L.P.

By: */s/ Robert J. Guite*
      Robert J. Guite

Attorneys for Defendant
OWENS CORNING CORPORATION

Dated: September 10, 2010        RUEB, MOTTA & MANUOKIAN

By: */s/ Joseph A. Motta*
      Joseph A. Motta

Attorneys for Plaintiff
MICHAEL GIOSSO

PURSUANT TO THE PARTIES' STIPULATION AND GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the deadline to complete mediation is extended to and including October 15, 2010, and that the Further Case Management Conference is continued to _____ October 29 , 2010 at 8:30 a.m.

Dated: Sept. 10, 2010

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT [JUDGE]

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA