SQUIRE, SANDERS & DEMPSEY (US) LLP
Ethan A. Miller (State Bar # 155965)
Robert J. Guite (State Bar # 244590)
Erinn M. Contreras (State Bar # 244563)
275 Battery Street, Suite 2600
San Francisco, CA  94111
Telephone:   (415) 954-0200
Facsimile:    (415) 393-9887
Email:           eamiller@ssd.com
                     rguite@ssd.com
                     econtreras@ssd.com

Attorneys for Defendant
OWENS CORNING CORPORATION


Joseph A. Motta, Esq. (State Bar # 133531)
RUEB, MOTTA & MANOUKIAN
A Professional Law Corporation
1401 Willow Pass Road, Suite 880
Concord, CA  94520
Telephone:   (925) 602-3400
Facsimile:    (925) 602-0622
Email:           joe@rmmprolaw.com

Attorneys for Plaintiff
MICHAEL GIOSSO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GIOSSO,<br><br>             Plaintiff,<br><br>    vs.<br><br>OWENS CORNING, and DOES 1 through 50, Inclusive,<br><br>             Defendants. | CASE NO. 3:09-CV-05834-CRB<br><br>**E-FILING**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING THE DEADLINE TO FILE OWENS CORNING'S MOTION FOR SUMMARY JUDGMENT AND CONTINUING HEARING ON MOTION FOR SUMMARY JUDGMENT [Civil L.R. 6-2]** |

SQUIRE, SANDERS &
DEMPSEY (US) L.L.P.
275 Battery Street, Suite 2600
San Francisco, California  94111

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:09-CV-05834-CRB

1  Plaintiff Michael Giosso ("Plaintiff") and Defendant Owens Corning Corporation ("Owens Corning"), by and through their respective counsel, enter into the following Stipulation:

WHEREAS, at the December 10, 2010 Case Management Conference the Court ordered that Owens Coring file its motion for summary judgment by February 11, 2011, and set the hearing on the motion for March 25, 2011 at 10:00 a.m.;

WHEREAS, the Court's Order indicated that discovery should go forward for the purpose of responding to the motion for summary judgment;

WHEREAS, on February 4, 2011, plaintiff Michael Giosso took the deposition of Charles Stein, a former employee of defendant Owens Corning, in Denver, Colorado;

WHEREAS, after Mr. Stein's deposition concluded on February 4, 2011, plaintiff's counsel advised Owens Corning's counsel that he wished to take the deposition of Harold McCord, another former employee of Owens Corning, as well as the depositions of one or two Owens Corning employees prior to opposing Owens Corning's motion for summary judgment;

WHEREAS, Owens Corning does not oppose a short extension -- of no more than six weeks -- as plaintiff's counsel asserts that these depositions are necessary prior to opposing Owens Corning's motion for summary judgment; and

WHEREAS, Owens Corning and plaintiff wish to avoid the additional burden and expense associated with a potential request for relief pursuant to Fed. R. Civ. P. 56(d) to conduct additional discovery.

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE that the deadline to file a motion for summary judgment is extended to and including March 25, 2011 and that the hearing on the motion for summary judgment is continued to May 6, 2011 at 10:00 a.m., or another later date that is convenient to the Court.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: February 10, 2011        SQUIRE, SANDERS & DEMPSEY (US) LLP

By: */s/ Robert J. Guite*
    Robert J. Guite

Attorneys for Defendant
OWENS CORNING CORPORATION

Dated: February 10, 2011        RUEB, MOTTA & MANUOKIAN

By: */s/ Joseph A. Motta*
    Joseph A. Motta

Attorneys for Plaintiff
MICHAEL GIOSSO

PURSUANT TO THE PARTIES' STIPULATION AND GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the deadline to file a motion for summary judgment is extended to and including March 25, 2011, and that the motion for summary judgment hearing is continued to May 6, 2011 at 10:00 a.m.

Dated: February 10, 2011

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer