| | |
|---|---|
| 1 | GUICHARD TENG & PORTELLO |
| | William L. Portello (State Bar #166845) |
| 2 | 1800 Sutter Street, Suite 730 |
| | Concord, CA  94520 |
| 3 | Telephone:    (925) 459-8440 |
| | Facsimile:    (925) 459-8445 |
| 4 | E-Mail:         WPortello@gtplawyers.com |
| 5 | Attorneys for Plaintiff |
| | MICHAEL GIOSSO |
| 6 | |
| 7 | SQUIRE, SANDERS & DEMPSEY (US) LLP |
| | Ethan A. Miller (State Bar # 155965) |
| 8 | Robert J. Guite (State Bar # 244590) |
| | Erinn M. Contreras (State Bar # 244563) |
| 9 | 275 Battery Street, Suite 2600 |
| | San Francisco, CA  94111 |
| 10 | Telephone:  (415) 954-0200 |
| | Facsimile:   (415) 393-9887 |
| 11 | E-Mails:       ethan.miller@ssd.com |
| | robert.guite@ssd.com |
| 12 | erinn.contreras@ssd.com |
| | Attorneys for Defendant |
| 13 | OWENS CORNING CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 18 | MICHAEL GIOSSO, | CASE NO.   3:09-CV-05834-CRB |
| 19 | Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |
| 20 | vs. | |
| 21 | OWENS CORNING, and DOES 1 through 50, Inclusive, | Courtroom:   8, 19th Floor |
| 22 | | Judge:         Honorable Charles R. Breyer |
| 23 | Defendants. | |

SQUIRE, SANDERS &
DEMPSEY (US) LLP
275 Battery Street, Suite 2600
San Francisco, California  94111

STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
THEREON - CASE NO. 3:09-CV-05834-CRB

Plaintiff Michael Giosso ("Plaintiff") and Defendant Owens Corning Corporation ("Defendant"), by and through their respective counsel of record, and pursuant to Fed. R. Civ. P. 41(a), hereby stipulate and agree to the entry by this Court of an Order dismissing this case and all claims asserted in this case with prejudice. Each party to bear its own costs and attorneys fees.

Dated: September 7, 2011

GUICHARD TENG & PORTELLO

By: /s/ William L. Portello

Attorneys for Plaintiff
MICHAEL GIOSSO

Dated: September 6, 2011

SQUIRE, SANDERS & DEMPSEY (US) LLP

By: /s/ Robert J. Guite

Attorneys for Defendant
OWENS CORNING CORPORATION

**ORDER**

IT IS SO ORDERED.

DATED: Sept. 14, 2011

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON - CASE NO. 3:09-CV-05834-CRB

1