1  GUICHARD TENG & PORTELLO
   William L. Portello (State Bar #166845)
2  1800 Sutter Street, Suite 730
   Concord, CA  94520
3  Telephone:    (925) 459-8440
   Facsimile:    (925) 459-8445
4  E-Mail:       WPortello@gtplawyers.com

5  Attorneys for Plaintiff
   MICHAEL GIOSSO

6

7  SQUIRE, SANDERS & DEMPSEY (US) LLP
   Ethan A. Miller (State Bar # 155965)
8  Robert J. Guite (State Bar # 244590)
   Erinn M. Contreras (State Bar # 244563)
9  275 Battery Street, Suite 2600
   San Francisco, CA  94111
10 Telephone:  (415) 954-0200
   Facsimile:  (415) 393-9887
11 E-Mails:    ethan.miller@ssd.com
               robert.guite@ssd.com
12             erinn.contreras@ssd.com
   Attorneys for Defendant
13 OWENS CORNING CORPORATION

14                     UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

17

| 18 | MICHAEL GIOSSO, | CASE NO.   3:09-CV-05834-CRB |
|---|---|---|
| 19 | Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |
| 20 | vs. | |
| 21 | OWENS CORNING, and DOES 1 through 50, Inclusive, | Courtroom:  8, 19th Floor |
| 22 | | Judge:      Honorable Charles R. Breyer |
| 23 | Defendants. | |

24

25

26

27

28

**SQUIRE, SANDERS & DEMPSEY (US) LLP**
275 Battery Street, Suite 2600
San Francisco, California  94111

STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
THEREON - CASE NO. 3:09-CV-05834-CRB

1  Plaintiff Michael Giosso ("Plaintiff") and Defendant Owens Corning Corporation
2  ("Defendant"), by and through their respective counsel of record, and pursuant to Fed. R. Civ. P.
3  41(a), hereby stipulate and agree to the entry by this Court of an Order dismissing this case and
4  all claims asserted in this case with prejudice. Each party to bear its own costs and attorneys fees.

Dated: September 7, 2011

GUICHARD TENG & PORTELLO

By: /s/ William L. Portello

Attorneys for Plaintiff
MICHAEL GIOSSO

Dated: September 6, 2011

SQUIRE, SANDERS & DEMPSEY (US) LLP

By: /s/ Robert J. Guite

Attorneys for Defendant
OWENS CORNING CORPORATION

**ORDER**

IT IS SO ORDERED.

DATED: Sept. 14, 2011

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT

IT IS SO ORDERED
Judge Charles R. Breyer

SQUIRE, SANDERS &
DEMPSEY (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

1

STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
THEREON - CASE NO. 3:09-CV-05834-CRB